

RECEIVED
IN MONROE, LA
SEP 1 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JESSIE JAMES WILEY | CIVIL ACTION NO. 07-0795 |
| VS. | JUDGE ROBERT G. JAMES |
| HARVEY GRIMMER, WARDEN | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED THAT** Claims One (failure to disclose favorable evidence), Two (denial of challenge for cause), Three (jury tampering), and Five (jury coercion) be **DENIED** and **DISMISSED WITH PREJUDICE** because those claims, while technically exhausted, are procedurally defaulted; and,

**IT IS FURTHER ORDERED** that **CLAIM FOUR** (Ineffective Assistance of Counsel) be **DENIED AND DISMISSED WITH PREJUDICE** in accordance with Rule 4 of the Rules Governing Section 2254 Cases in the District Courts since it plainly appears that petitioner is not entitled to relief.

MONROE, LOUISIANA, this ____14____ day of September, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE