RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/22/10
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JESSIE JAMES WILEY** | **CIVIL ACTION NO. 07-0795** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **HARVEY GRIMMER, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the second Report and Recommendation of the Magistrate Judge [Doc. No. 58], only to the extent adopted by the Court, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Jessie James Wiley's Petition for Writ of *Habeas Corpus* be DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 22 day of September, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE